**Order filed September 26, 2019**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-19-00627-CV

———————

## IN THE MATTER OF THE MARRIAGE OF ALLAN RAY COMSTOCK AND MINDY LEE COMSTOCK

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 15-FD-3019**

---

## ORDER

This is an appeal from a judgment signed May 20, 2019. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-17-00346-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-19-00627-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.